# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2026-0053
L.T. Case No. 2025-012572-CICI

_____

JODIA JOHANNA STEFANO,

    Appellant,

    v.

ABRAHAM MCKINNON and
CITY OF ORMOND BEACH,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Dennis P. Craig, Judge.

Jodia Johanna Stefano, Ormond Beach, pro se.

No Appearance for Appellees.

April 7, 2026

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____